**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Lakeldra Elmore, individually and as Parent, ) Next Friend, Natural and General Guardian ) of Xavier Elmore, ) )         Plaintiff, ) ) vs. ) ) Dorchester County; Dorchester County ) Sheriff's Office; L.C. Knight, Dorchester ) County Sheriff; Cristhian Bravo, Deputy ) Sheriff; Lieutenant Matthew Carter, Deputy ) Sheriff; Frank Thompson, Deputy Sheriff; ) Edgar Enxuto, South Carolina Department ) of Highway Patrol; and South Carolina ) Department of Highway Patrol, ) )         Defendants. ) ) | C/A No.: 2:24-cv-4456 DCN<br><br><br><br><br><br>**ORDER** |

The above-referenced case is before this court upon the magistrate judge's recommendation that defendants' motions for summary judgment (ECF Nos. 48 and 49) be granted and this case be dismissed without prejudice.

This court is charged with conducting a <u>de novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. <u>United States v.</u>

Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984). Objections to the magistrate judge's report and recommendation were timely filed on April 16, 2026 by plaintiff. Replies to plaintiff's objections were timely filed by defendants on April 20, 2026 and April 22, 2026.

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, defendants' motions for summary judgment (ECF Nos. 48 and 49) are **GRANTED**, and this case is **DISMISSED** without prejudice.

    **AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

May 12, 2026
Charleston, South Carolina